IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5:07-CR-41 (CAR) |
| | VIOLATIONS: FRAUD RELATED |
| MARCOS MARTINEZ-GOMEZ, | |
| Defendant | |

# O R D E R

The above-named defendant this day appeared before the undersigned for an **INITIAL APPEARANCE HEARING** pursuant to provisions of Rule 5 of the Federal Rules of Criminal Procedure. At said hearing, the court determined that the defendant is currently in the custody of the UNITED STATES serving a sentence of incarceration imposed upon him by the United States District Court for the Western District of Wisconsin. Although his release from federal custody is anticipated in October of 2008, bond appears to be moot because he is an illegal alien.

Accordingly, the court will HOLD IN ABEYANCE any consideration of release of this defendant from custody in this case under the Bail Reform Act of 1984 until such time as he is released from custody and any detainers placed on him are removed. Counsel for the government and for the defendant are directed to immediately advise the court of any such release/removal; in that event, the defendant shall be brought before this court FORTHWITH for consideration of his release from custody in the above-captioned case under the Bail Reform Act of 1984. In the meantime, he shall remain in the custody of the U. S. Marshal to be brought before the court as directed..

SO ORDERED, this 28th day of JUNE, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE